```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 24393
   TRESSIA BONE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-3289

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 09/15/2008 and was not confirmed.

   The case was dismissed without confirmation 11/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
EVERHOME MORTGAGE CO       NOTICE ONLY     NOT FILED            .00           .00
TOYOTA MOTOR CREDIT CORP   SECURED NOT I   NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   SECURED NOT I   NOT FILED            .00           .00
CITY OF CHICAGO WATER DE   SECURED NOT I   NOT FILED            .00           .00
BOSE SECURITY              SECURED NOT I   NOT FILED            .00           .00
EARTHLINK                  UNSECURED       NOT FILED            .00           .00
HSN                        SECURED NOT I   NOT FILED            .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       ---------------     ---------------
TOTALS                       .00                 .00




             PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 08 B 24393 TRESSIA BONE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/25/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```